NO. CAAP-18-0000781

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee,
v.
STACY EDWARD HARDOBY aka STACY EDWARD CAUSEY,
Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(Case No. 2CPC-17-0000693(4))

## ORDER DENYING RECONSIDERATION

(By: Fujise, Presiding Judge, Leonard and Hiraoka, JJ.)

Upon consideration of the Motion for Reconsideration of Appellant's Second Point of Error filed by Defendant-Appellant Stacy Edward Hardoby (**Hardoby**) on November 25, 2019, the papers in support, and the record, it appears that Hardoby has not presented any points of law or fact the court has overlooked or misapprehended. See Hawaiʻi Rules of Appellate Procedure Rule 40(b) (eff. Jan. 1, 2000).

Therefore, IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawaiʻi, December 5, 2019.

Presiding Judge

Associate Judge

Associate Judge